IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN, | No. C 13-1704 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| G. MONK, Warden, | (Dkt. 3) |
| Respondent. | |

  Pursuant to the order of dismissal entered today, judgment is hereby entered in favor or respondent.

  The clerk shall close the file.

  **IT IS SO ORDERED**.

Dated: May 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.13\SILVERMAN1704.JUD.wpd